UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| William M. Bledsoe, )<br>Sharon Bledsoe, )<br>     Plaintiffs, )<br>)<br>v. )<br>)<br>Ocwen Loan Servicing, LLC, )<br>)<br>     Defendant. )<br>) | **JUDGMENT**<br><br>No. 5:12-CV-21-WW |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for summary judgment (DE-27) is hereby GRANTED.

**This judgment filed and entered on February 1, 2013, and served on:**

James Scott Flowers (via CM/ECF Notice of Electronic Filing)
Paul Faison Winborne (via CM/ECF Notice of Electronic Filing)

February 1, 2013              /s/ Julie A. Richards,
                            Clerk of Court